MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 15-20018

| | | |
|---|---|---|
| Re: | AVROHOM SHLOMO DICKMAN<br>CHAYA FRAIDA DICKMAN<br>9 HILLSIDE AVENUE<br>LIVINGSTON,  NJ  07039 | Atty: MOSHIE SOLOMON<br>LAW OFFICES OF MOSHIE SOLOMON, P.C.<br>ONE UNIVERSITY PLAZA,<br>SUITE 412<br>HACKENSACK, NJ  07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $25,800.00**

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/17/2015 | $430.00 | 2201767000 - | 07/02/2015 | $430.00 | 2238201000 - |
| 07/28/2015 | $430.00 | 2294916000 - | 08/26/2015 | $430.00 | 2362375000 - |
| 09/17/2015 | $430.00 | 2418758000 - | 10/20/2015 | $430.00 | 2496336000 - |
| 11/17/2015 | $430.00 | 2563464000 - | 12/17/2015 | $430.00 | 2635379000 - |
| 01/04/2016 | $430.00 | 2672600000 - | 01/26/2016 | $430.00 | 2726477000 - |
| 02/23/2016 | $430.00 | 2799287000 - | 03/23/2016 | $430.00 | 2876584000 - |
| 04/20/2016 | $430.00 | 2945363000 - | 05/18/2016 | $430.00 | 3019309000 - |
| 06/15/2016 | $430.00 | 3087884000 - | 07/12/2016 | $430.00 | 3157671000 - |
| 08/23/2016 | $430.00 | 3261054000 - | 09/20/2016 | $430.00 | 3331938000 - |
| 10/19/2016 | $430.00 | 3408377000 - | 11/15/2016 | $430.00 | 3478338000 - |
| 12/12/2016 | $430.00 | 3549998000 - | 01/10/2017 | $430.00 | 3620904000 - |
| 01/30/2017 | $430.00 | 3669474000 - | 02/21/2017 | $430.00 | 3728790000 - |
| 03/21/2017 | $430.00 | 3812714000 - | 04/19/2017 | $430.00 | 3890486000 - |
| 05/08/2017 | $430.00 | 3949746000 - | 05/19/2017 | $430.00 | 3974243000 - |
| 05/30/2017 | $430.00 | 4000751000 - | 06/13/2017 | $430.00 | 4039553000 - |
| 06/26/2017 | $430.00 | 4072320000 - | 07/19/2017 | $430.00 | 4133623000 - |
| 08/01/2017 | $430.00 | 4167274000 - | 08/22/2017 | $430.00 | 4221804000 - |
| 10/16/2017 | $430.00 | 4367121000 - | 11/14/2017 | $430.00 | 4441163000 - |
| 12/13/2017 | $430.00 | 4514757000 - | 01/09/2018 | $430.00 | 4581319000 - |
| 02/08/2018 | $430.00 | 4656328000 - | 03/20/2018 | $430.00 | 4764715000 - |
| 04/16/2018 | $430.00 | 4838047000 | 05/10/2018 | $430.00 | 4903554000 |
| 06/12/2018 | $430.00 | 4985841000 | 07/11/2018 | $430.00 | 5062516000 |
| 08/20/2018 | $430.00 | 5166962000 | 09/19/2018 | $430.00 | 5239982000 |
| 10/17/2018 | $430.00 | 5317393000 | 11/13/2018 | $430.00 | 5387874000 |
| 12/11/2018 | $430.00 | 5460077000 | | | |

**Total Receipts:  $21,070.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,070.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | | | | | | |

**Chapter 13 Case # 15-20018**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 07/16/2018 | $165.61 | 8,000,613 | | 08/20/2018 | $300.31 | 8,000,649 |
| | 10/22/2018 | $611.24 | 8,000,726 | | 11/19/2018 | $297.12 | 8,000,767 |
| | 12/17/2018 | $297.12 | 8,000,805 | | | | |
| CAPITAL ONE BANK | | | | | | | |
| | 07/16/2018 | $50.15 | 805,968 | | 08/20/2018 | $90.94 | 807,874 |
| | 10/22/2018 | $185.09 | 811,767 | | 11/19/2018 | $89.97 | 813,729 |
| | 12/17/2018 | $89.97 | 815,617 | | | | |
| DEPARTMENT OF EDUCATION/MOHELA | | | | | | | |
| | 06/18/2018 | $402.27 | 804,095 | | 07/16/2018 | $180.79 | 806,071 |
| HSBC BANK USA NA | | | | | | | |
| | 08/20/2018 | $5.61 | 807,388 | | 10/22/2018 | $11.42 | 811,266 |
| | 11/19/2018 | $5.55 | 813,222 | | 12/17/2018 | $5.55 | 815,099 |
| STATE OF NEW JERSEY | | | | | | | |
| | 10/19/2015 | $292.28 | 743,192 | | 12/17/2015 | $57.42 | 747,215 |
| | 01/19/2016 | $114.85 | 749,289 | | | | |
| STATE OF NJ | | | | | | | |
| | 02/16/2016 | $57.42 | 751,431 | | 03/21/2016 | $57.42 | 753,472 |
| | 04/18/2016 | $57.42 | 755,501 | | 05/13/2016 | $57.42 | 757,408 |
| | 06/20/2016 | $114.85 | 759,450 | | 07/18/2016 | $57.42 | 761,402 |
| | 08/15/2016 | $57.42 | 763,288 | | 10/17/2016 | $57.42 | 767,188 |
| | 11/15/2016 | $60.77 | 769,138 | | 12/19/2016 | $114.36 | 771,090 |
| | 01/17/2017 | $57.18 | 772,916 | | 02/21/2017 | $57.18 | 774,890 |
| | 03/13/2017 | $57.18 | 776,676 | | 04/14/2017 | $57.18 | 778,542 |
| | 05/15/2017 | $57.18 | 780,446 | | 06/19/2017 | $171.54 | 782,461 |
| | 07/17/2017 | $114.36 | 784,347 | | 08/14/2017 | $57.18 | 786,165 |
| | 09/25/2017 | $171.55 | 788,119 | | 11/20/2017 | $57.18 | 791,648 |
| | 12/18/2017 | $57.18 | 793,533 | | 01/22/2018 | $57.18 | 795,385 |
| | 02/20/2018 | $57.18 | 797,230 | | 03/19/2018 | $57.18 | 799,063 |
| | 05/14/2018 | $57.18 | 802,830 | | 06/18/2018 | $58.13 | 804,792 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 10/19/2015 | $1,776.02 | 8,000,121 | | 12/17/2015 | $348.93 | 8,000,127 |
| | 01/19/2016 | $697.85 | 8,000,130 | | 02/16/2016 | $348.93 | 8,000,133 |
| | 03/21/2016 | $348.93 | 8,000,136 | | 04/18/2016 | $348.93 | 8,000,140 |
| | 05/13/2016 | $348.93 | 8,000,144 | | 06/20/2016 | $697.85 | 8,000,148 |
| | 07/18/2016 | $348.93 | 8,000,152 | | 08/15/2016 | $348.93 | 8,000,156 |
| | 10/17/2016 | $348.93 | 8,000,186 | | 11/15/2016 | $369.23 | 8,000,202 |
| | 12/19/2016 | $694.90 | 8,000,218 | | 01/17/2017 | $347.45 | 8,000,234 |
| | 02/21/2017 | $347.45 | 8,000,250 | | 03/13/2017 | $347.45 | 8,000,266 |
| | 04/14/2017 | $347.45 | 8,000,282 | | 05/15/2017 | $347.45 | 8,000,298 |
| | 06/19/2017 | $1,042.35 | 8,000,314 | | 07/17/2017 | $694.90 | 8,000,330 |
| | 08/14/2017 | $347.45 | 8,000,346 | | 09/25/2017 | $1,042.34 | 8,000,362 |
| | 11/20/2017 | $347.45 | 8,000,394 | | 12/18/2017 | $347.45 | 8,000,410 |
| | 01/22/2018 | $347.45 | 8,000,426 | | 02/20/2018 | $347.45 | 8,000,458 |
| | 03/19/2018 | $347.45 | 8,000,494 | | 05/14/2018 | $347.45 | 8,000,571 |
| | 06/18/2018 | $353.16 | 8,000,611 | | 07/16/2018 | $7.16 | 8,000,647 |
| | 08/20/2018 | $12.99 | 8,000,686 | | 10/22/2018 | $26.44 | 8,000,765 |
| | 11/19/2018 | $12.85 | 8,000,804 | | 12/17/2018 | $12.85 | 8,000,842 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,140.36 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS BANK | UNSECURED | 17,369.53 | * | 1,968.52 | |
| 0004 | CAPITAL ONE BANK | UNSECURED | 5,259.68 | * | 596.09 | |

**Chapter 13 Case # 15-20018**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|:---:|---:|---|
| 0008 | CHASE | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CITBANK, N.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITIBANK/CCSI BANKRUPTCY DEPT. | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | DAVID LAPP | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | EMIGRANT MORTGAGE CO. | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | FIA CARD SERVICES/ BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | GARTHCHESTER REALTY | UNSECURED | 0.00 | * | 0.00 | |
| 0022 | HSBC BANK USA NA | UNSECURED | 321.53 | * | 33.68 | |
| 0025 | UNITED STATES TREASURY/IRS | PRIORITY | 14,329.44 | 100.00% | 14,329.44 | |
| 0027 | MEDICAL LAB & PATHOLOGY CONSULT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | DEPARTMENT OF EDUCATION/MOHELA | UNSECURED | 583.06 | * | 583.06 | |
| 0029 | STATE OF NJ | PRIORITY | 2,358.21 | 100.00% | 2,358.21 | |
| 0030 | NEW JERSEY PHYSICIANS, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | NORTH JERSEY DERMATOLOGY | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | PSE&G | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | PEDIATRIC SURGICAL ASSOCIATES, P.A. | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | PELLA DICKMAN | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | RADIOLOGY ASSOCIATES OF RIDGEWOC | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | RAMAPO VALLEY ANESTHESIA | UNSECURED | 0.00 | * | 0.00 | |
| 0040 | THE VALLEY HOSPITAL | UNSECURED | 0.00 | * | 0.00 | |
| 0042 | VALLEY EMRG ROOM ASSOC, PA | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | UNITED STATES TREASURY/IRS | UNSECURED | 751.47 | * | 85.14 | |
| 0044 | STATE OF NJ | UNSECURED | 0.00 | * | 0.00 | |

Total Paid:  **$21,094.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $21,070.00     -     Paid to Claims: $19,954.14     -     Admin Costs Paid: $1,140.36     =     Funds on Hand: $405.50

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.