**Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**

30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

Joseph D. Petrolino, Jr.
Staff Attorney

Brian M. Knapp
Staff Attorney

Phone 973-227-2840
Fax 973-227-3272

For Payments Only:

PO Box 520
Memphis, TN  38101-0520

## NOTICE OF COMPLETION OF CH. 13 PAYMENTS

Case No.:  15-20018

May 08, 2020

AVROHOM SHLOMO DICKMAN
CHAYA FRAIDA DICKMAN
9 HILLSIDE AVENUE
LIVINGSTON, NJ  07039

After a review of your file, our records indicate that you have successfully paid-off your Chapter 13 Plan. Please note that you are to stop making your monthly payments to our office, since the case is now completed. In addition, please note the following:

Although you have completed your plan payments, you will not receive a Discharge until:

- All of the applicable closing documents and certificates are filed with the Court. **Please contact your attorney or the Clerk of the Court with regard to same. Our office cannot provide you with these documents or any legal advice.**

- A Final Report will be generated **after** all disbursement checks to creditors have cleared with the bank. This may take **3 to 6** months and we have no control over this time period. Once the Final Report is issued to the United States Bankruptcy Court, the Bankruptcy Court will provide you with a Discharge Order **if** you have filed all of the applicable documents and certificates as noted above.

- Since this office does not issue the Discharge Order, please forward your inquiries with regard to same to either your attorney or to the Clerk of the Court.

Thank you and congratulations!

Office of Marie-Ann Greenberg
Chapter 13 Standing Trustee

cc:  MOSHIE SOLOMON
LAW OFFICES OF MOSHIE SOLOMON, P.C.
ONE UNIVERSITY PLAZA,
SUITE 412
HACKENSACK, NJ  07601

**NOTE: - WHEN DEBTOR(S) MOVE**

*In the event of a change of address for any reason, the debtor must file a Change of Address form with the U.S. Bankruptcy Court. The Discharge Order, or any notices from the Court will only be sent to the address they have on file. [U.S. Bankruptcy Court; Newark, NJ; 973-645-4764]*